**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

To:      Plaintiff–Applicant

From:   Nathan Ochsner, Clerk

Date:    September 11, 2025

Re:      Case 4:25–mc–01650

The Court has denied your application to proceed as a pauper.

If you want to continue your complaint, you must pay the clerk the filing fee of $405.

The court will do nothing with your case until the fee has been paid.